UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY KOTT-STEPHENS,                         No. 12-14972

    Plaintiff,                         District Judge Patrick J. Duggan

v.                                          Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

The parties shall file supplemental briefs in this case, limited to 10 pages, exclusive of table of contents, index of authorities, etc., pursuant to the following schedule:

    PLAINTIFF'S BRIEF:            JANUARY 23, 2014

    DEFENDANT'S RESPONSE:         JANUARY 30, 2014

    IT IS SO ORDERED.

Dated: January 9, 2014            s/ R. Steven Whalen
                                  R. STEVEN WHALEN
                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregiong document was sent to parites of record on January 9, 2014, electronically and/or by U.S. mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable R. Steven Whalen